**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**MONSANTO COMPANY and**
**MONSANTO TECHNOLOGY, LLC**                                              **PLAINTIFFS**

v.                                    **CASE NO. 3:06-CV-00146 GTE**

**GARY McCRORY and ANDY**
**McCRORY**                                                                **DEFENDANTS**

**ORDER ON MOTION FOR ADMISSION OF ATTORNEYS**

Presently before the Court is the motion of the Plaintiffs for the pro hac vice admission to this court of Miles P. Clements, Wayne K. McNeil, and Joel E. Cape to appear as additional attorneys of record for and on behalf of Plaintiffs in the above referenced case. Mr. Clements is a member in good standing of the bar of the State of Louisiana and is permitted to practice before all state and federal courts of that state. He is also a member in good standing of the bar of the United States Court of Appeals for the Federal Circuit. Mr. McNeil is a member in good standing of the bar of the State of Louisiana and is permitted to practice before all state and federal courts of that state. He is also a member in good standing of the bar of the United States Court of Appeals for the Federal Circuit. Mr. Cape is a member in good standing of the bars of the State of Louisiana, State of Arkansas, and the State of Oklahoma and is permitted to practice before all state courts of those states. The firm of Mitchell, Williams, Selig, Gates & Woodyard, P.L.L.C. will serve as local counsel. For good cause shown, Plaintiff's motion for admission (Dkt. #7) shall be, and is hereby, GRANTED.

Dated this 5th day of October, 2006.

/s/Garnett Thomas Eisele_____
UNITED STATES DISTRICT JUDGE