IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF ARKANSAS

JONESBORO DIVISION

| | |
|---|---|
| MONSANTO COMPANY and<br>MONSANTO TECHNOLOGY LLC,<br>    Plaintiffs | )<br>)<br>)<br>) |
| VERSUS | )    CASE NO.: 3:06CV00146GTE<br>) |
| GARY McCRORY and ANDY<br>McCRORY,<br>    Defendants | )<br>)<br>)<br>) |

## CONSENT JUDGMENT

**I.    PARTIES**

A.    The Plaintiffs, Monsanto Company and Monsanto Technology LLC, (hereinafter collectively referred to as "Monsanto") are companies organized and existing under the laws of the State of Delaware with their principal place of business in St. Louis, Missouri. Plaintiffs are authorized to do and are doing business in Arkansas and in this judicial district.

B.    The Defendants, Gary McCrory and Andy McCrory (hereinafter referred to as "McCrory" or Defendants) are individuals engaged in commercial farming in this judicial district.

**II.    STIPULATED FINDINGS**

A.    Subject matter jurisdiction is conferred upon this Court pursuant to 28 U.S.C.§1331, in that one or more of Monsantos' claims arise under the laws of the United States, as well as 28 U.S.C.§1338, granting district courts original jurisdiction over any civil action regarding patents.

B. Venue is proper in this judicial district pursuant as the events giving rise to the claims occurred in this judicial district.

C. Monsanto is in the business of developing, manufacturing, licensing, and selling agricultural biotechnology, agricultural chemicals and other agricultural products. After the investment of substantial time, expense, and expertise, Monsanto invented genetic traits that enable crops to express resistance to glyphosate based herbicides.

D. This biotechnology has been utilized by Monsanto in soybeans, and enables the soybeans to be treated with glyphosate based herbicides without being damaged. This genetically improved soybean seed is marketed by Monsanto and other seed companies as Roundup Ready® soybeans.

E. Monsanto's Roundup Ready® biotechnology is protected under patents issued by the United States Patent Office, specifically including U.S. Patent No. 5,352,605. This patent was issued and assigned to Monsanto prior to the events giving rise to this action.

F. Monsanto placed the required statutory notice that its Roundup Ready® biotechnology was patented on the labeling of all bags containing Roundup Ready® soybean seed in compliance with 35 U.S.C. §287(a).

G. Under the terms of Monsanto's limited use license agreements through which Roundup Ready® soybeans are sold, a purchaser is only authorized to use the seed for planting a commercial crop in a single growing season, and is prohibited from saving harvested seed for the purpose of planting another crop. In addition, the user is prohibited from selling saved seed or supplying or transferring any seed produced from the purchased seed to third parties for planting.

H.  Defendants each admit that they saved and planted Roundup Ready® soybean seed in 2005. In addition each defendant admits that he infringed U. S. Patent No. 5,352,605 in 2001 by planting saved Roundup Ready® soybeans in 2005.

I.  Defendants also each admit that their infringement of the '605 patent was willful and done with the intent to deprive Monsanto of a reasonable royalty.

### III.  MONETARY DAMAGES

By consent of the parties, judgment is entered against Defendants Gary McCrory and Andy McCrory jointly and severally in favor of Monsanto in the amount of ONE HUNDRED FIFTY THOUSAND DOLLARS AND NO CENTS ($150,000.00). Said Judgment shall be paid in accordance with the terms of the agreement between the parties.

### IV.  PERMANENT INJUNCTION

Further by consent of the parties, the Defendants are hereby permanently enjoined from making, using or selling any brand of crop seed containing a Monsanto patented seed trait, including but without limitation, Roundup Ready® soybeans either directly or indirectly. Accordingly, the individually named defendants shall not make, use or sell any brand of seed containing a Monsanto patented seed trait and Defendants are further enjoined from doing so through any agent, lessee, family member, joint venturer, and any existing and future business entity in which they presently have, or may in the future obtain any ownership interest.

_____
Honorable G. Thomas Eisele
U. S. District Judge
_February 22, 2007_____
Date

Approved as to Form:

_____
John K. Baker, Ark. Bar No. 97024
MITCHELL, WILLIAMS, SELIG,
GATES & WOODYARD, P.L.L.C.
425 West Capitol Avenue, Suite 1800
Little Rock, Arkansas 72201
Telephone: (501) 688-8800
Facsimile: (501) 918-7850
Email: JBaker@mwsgw.com

and

_Wayne K McNeil_
_____
MILES P. CLEMENTS, T.A. (La. #4184)
WAYNE K. McNEIL (La. #20956)
FRILOT PARTRIDGE, L.C.
1100 Poydras Street, Suite 3600
New Orleans, LA 70163
Telephone: (504) 599-8000
Facsimile: (504) 599-8100

**ATTORNEYS FOR MONSANTO COMPANY**

and

_____
GARY McCRORY, DEFENDANT

_____
ANDY McCRORY, DEFENDANT

_____
Joe A. Summerford (Bar Roll No. 87168)
Summerford & Zelinski
P. O. Box 3565
Fayetteville, AR 72702
Telephone: (479) 263-0023
Email: summerfordlaw@cox.net

**ATTORNEY FOR DEFENDANTS**